UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-61000-CIV-SMITH

MARITZA HALES, an individual, on behalf
of herself and all others similarly situated,

        Plaintiff,

vs.                                  **CLASS ACTION**

CONCORD SERVICING CORPORATION,
an Arizona corporation,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Maritza Hales, an individual, by and through her undersigned counsel, hereby provides notice to the Court of the settlement of the above-referenced action against the Defendant, Concord Servicing Corporation, an Arizona corporation.

Respectfully submitted this 17th day of July 2020.

                                                    */s/ Robert W. Murphy*
                                                    ROBERT W. MURPHY, ESQ.
                                                    Florida Bar No.: 717223
                                                    1212 S.E. 2nd Avenue
                                                    Fort Lauderdale, Florida 33316
                                                    Telephone:  (954) 763-8660
                                                    Facsimile:   (954) 763-8607
                                                    E-Mails:  rphyu@aol.com
                                                    rwmurphy@lawfirmmurphy.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 17th 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to the following CM/ECF participants:

Christopher Oprison, Esq.
chris.oprison@dlapiper.com
Elan Gershoni, Esq.
elan.gershoni@dlapiper.com
DLA Piper LLP (US)
200 South Biscayne Blvd., Ste. 2500
Miami, Florida 33131

*Counsel for Defendant*

                                                  */s/ Robert W. Murphy*
                                                  Attorney