# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 20-61000-CIV-SMITH

MARITZA HALES, an individual,

       Plaintiff,

vs.

CONCORD SERVICING CORPORATION,
an Arizona corporation,

       Defendant.

_____/

### JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MARITZA HALES, an individual, and Defendant, CONCORD SERVICING CORPORATION, an Arizona corporation, hereby stipulate to the dismissal with prejudice of this case as to the claims by and between the individual Plaintiff and Defendant and without prejudice as to the claims of any putative class members, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| */s/ Robert W. Murphy* | */s/ Christopher Oprison* |
| Robert W. Murphy, Esq. | Christopher Oprison, Esq. |
| Florida Bar No.: 717223 | Florida Bar No. 122080 |
| 1212 SE 2nd Avenue | DLA Piper LLP (US) |
| Fort Lauderdale, FL 33316 | 200 S. Biscayne Blvd., Ste. 2500 |
| Telephone: (954) 763-8660 | Miami, FL 33131 |
| Facsimile: (954) 763-8607 | Telephone: (305)423-8522 |
| E-Mail: rwmurphy@lawfirmmurphy.com | Facsimile: (305)437-8131 |
| | E-Mail: chris.oprison@dlapiper.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

CASE NO. 20-61000-CIV-SMITH

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served, via the United States District Court, Southern District of Florida's CM/ECF system, on July 23, 2020, to:

Christopher Oprison, Esq.
chris.oprison@dlapiper.com
Elan Gershoni, Esq.
elan.gershoni@dlapiper.com
DLA Piper LLP (US)
200 South Biscayne Blvd., Ste. 2500
Miami, Florida 33131

              */s/ Robert W. Murphy*
              Attorney