UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61000-CIV-SMITH

MARITZA HALES, an individual, on behalf of herself and all others similarly situated,

        Plaintiff,

vs.

CONCORD SERVICING CORPORATION,

        Defendant.
_____/

**ORDER OF FINAL DISMISSAL**

This matter is before the Court on the parties' Joint Notice of Voluntary Dismissal with Prejudice [DE 15], dismissing this action. Upon consideration, it is

**ORDERED** that:

1. This action is **DISMISSED with prejudice** as to the claims of Maritza Hales and **DISMISSED without prejudice** as to the claims of any putative class members.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of July, 2020.

                                              _____
                                              RODNEY SMITH
                                              UNITED STATES DISTRICT JUDGE

cc:    All counsel of record